IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS T. ALFORD,** | CIV S-07-1035 GEB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **I.D. CLAY, WARDEN, et al.,** | |
| Respondents. | |

Respondent has requested a fifteen-day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including September 26, 2007, in which to file a reply to the opposition filed by Petitioner.

DATED: September 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/alfo1035.111